NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YOHANNES W. WILDER,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2123

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-4266, Judge Joseph L. Toth.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                            WILDER v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                          FOR THE COURT

November 20, 2023
        Date                              /s/ Jarrett B. Perlow
                                          Jarrett B. Perlow
                                          Clerk of Court


**ISSUED AS A MANDATE:** November 20, 2023